O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR07-1344-CAS |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| ANTHONY WILCHER, ) | |
| Defendant. ) | |
| _____) | |

On June 17, 2008 and August 15, 2008, this matter came before the Court on petition to show cause why supervised release should not be revoked filed June 3, 2008. The Government, Michael Gottlieb, the defendant and his appointed Deputy Federal Public Defender, Michael Schaffler, were present. The U.S. Probation Officer, Cordale Johnson, is also present. The defendant admits violation of his supervised release as to allegation no. 1 of the petition filed June 3, 2008. The Court grants the Government's request to dismiss the allegation no. 2 of the petition filed June 3, 2008. The Court finds the admissions voluntary and knowledgeable and accepts them. The Court further finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order filed April 12, 1995.

The Court ORDERS that defendant's supervised release is revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of seven (7) months, consecutive to the term of imprisonment imposed in the Superior Court of California,

1  County of Los Angeles, Case No. NA074709, with no supervision to follow. It is further
2  ordered that the defendant surrender himself to the institution designated by the Bureau of
3  Prisons on or before 12 noon, August 22, 2008. In the absence of such designation, the
4  defendant shall report on or before the same date and time, to the United States Marshal
5  located at: United States Court House, 312 North Spring Street, Los Angeles, California
6  90012.

7      IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
8  Marshal or other qualified officer and that said copy shall serve as the commitment of
9  defendant.

11  FILE/DATED: August 20, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

SHERRI R. CARTER, CLERK

By: _____/S/_____
    Catherine M. Jeang, Deputy Clerk